```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 01359
   ROBERT H MILLER
                                          CHAPTER 13

                                          JUDGE: A BENJAMIN GOLDGAR

          Debtor
   SSN XXX-XX-0230


--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/17/2005 and was confirmed 03/08/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  22.40% from remaining funds.

     The case was paid in full 02/07/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
OCWEN FEDERAL BANK         CURRENT MORTG        .00            .00            .00
BANK OF CALUMET            UNSECURED OTH     243.67            .00          54.51
ECAST SETTLEMENT CORP      UNSECURED        7805.19            .00        1748.36
JP MORGAN CHASE BANK NA    UNSECURED OTH    2365.88            .00         529.22
CARSON PIRIE SCOTT         UNSECURED OTH    1554.87            .00         347.81
CITIBANK PREFERRED VISA    UNSECURED        NOT FILED          .00            .00
ECAST SETTLEMENT CORP      UNSECURED OTH    1094.21            .00         244.76
DISCOVER FINANCIAL SERVI   UNSECURED        7874.13            .00        1763.81
DISCOVER                   UNSECURED        NOT FILED          .00            .00
FRANKLIN TEMPLETON         UNSECURED        NOT FILED          .00            .00
FRANKLIN TEMPLETON         UNSECURED        NOT FILED          .00            .00
CITIBANK                   UNSECURED OTH    1586.35            .00         354.85
KMART                      UNSECURED        NOT FILED          .00            .00
CAPITAL ONE                UNSECURED        NOT FILED          .00            .00
MARSHALL FIELDS            UNSECURED        NOT FILED          .00            .00
MARSHALL FIELDS            UNSECURED OTH     489.11            .00         109.41
PORTFOLIO RECOVERY ASSOC   UNSECURED        7178.08            .00        1607.89
MBNA                       UNSECURED        NOT FILED          .00            .00
MRS ASSOCIATES             UNSECURED        NOT FILED          .00            .00
NORDSTROM FSB              UNSECURED OTH     872.85            .00         195.25
RESURGENT CAPITAL SERVIC   UNSECURED OTH     779.43            .00         174.35
US BANK/ELAN/RETAIL PAYM   UNSECURED       11636.95            .00        2606.68
WAL MART STORES INC        UNSECURED        NOT FILED          .00            .00
ROUNDUP FUNDING LLC        UNSECURED OTH     795.57            .00         177.96
RESURGENT CAPITAL SERVIC   UNSECURED        5747.92            .00        1287.53
RESURGENT CAPITAL SERVIC   UNSECURED OTH    3732.64            .00         838.95
NCM TRUST                  UNSECURED OTH    9364.50            .00        2104.11
HARVARD COLLECTION SERVI   NOTICE ONLY     NOT FILED           .00            .00
NATIONAL ASSET MANAGEMEN   NOTICE ONLY     NOT FILED           .00            .00
LEDFORD & WU               DEBTOR ATTY     2,200.00                      2,200.00
TOM VAUGHN                 TRUSTEE                                         934.55
DEBTOR REFUND              REFUND                                             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 01359 ROBERT H MILLER
```

```
     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                 17,280.00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                      14,145.45
ADMINISTRATIVE                                  2,200.00
TRUSTEE COMPENSATION                              934.55
DEBTOR REFUND                                       .00
                      ---------------    ---------------
TOTALS                  17,280.00             17,280.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 05/28/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE